■ In the Matter of JAMES A. SANDS, JR., Appellant, v CITY OF ROCHESTER et al., Respondents. [836 NYS2d 482]—Motion for reargument denied. Present—Scudder, P.J., Martoche, Centra, Fahey and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARASHAI BURTON, Also Known as L.D. BURTON, Appellant. [840 NYS2d 881]—Motion for reargument granted and, upon reargument, the memorandum and order entered March 16, 2007 (38 AD3d 1290 [2007]) is amended by adding the following sentence as the last sentence of the memorandum: "Finally, we reject defendant's contention that the sentence is unduly harsh or severe." Present—Scudder, P.J., Centra, Fahey and Pine, JJ.

■ BRUCE SCHUHART et al., Appellants-Respondents, v PAUL C. PINK, Respondent-Appellant, and ORBAKER'S FRUIT FARM, INC., Respondent, et al., Defendants. [836 NYS2d 482]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Lunn, Peradotto and Pine, JJ.

■ GRAYBAR ELECTRIC COMPANY, INC., Appellant, v ENERGY EAST MANAGEMENT CORPORATION et al., Respondents. (Appeal No. 1.) GRAYBAR ELECTRIC COMPANY, INC., Appellant, v ENERGY EAST MANAGEMENT CORPORATION et al., Respondents. (Appeal No. 2.) [836 NYS2d 482]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Gorski, Fahey, Peradotto and Green, JJ.

■ GEORGE A. NOLE & SON, INC., Respondent, v CLINTON CENTRAL SCHOOL DISTRICT, Appellant. [836 NYS2d 482]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Gorski, J.P., Martoche, Smith, Lunn and Pine, JJ.